## THE C., D. & M. R. Co. v. KEISEL.

1. **Evidence:** ARTICLES OF INCORPORATION. A change in the name of a corporation can only be effected by changing the articles of incorporation, and of this change the best evidence is the articles themselves.

*Appeal from Clayton Circuit Court.*

TUESDAY, APRIL 18.

THIS suit was brought upon a written agreement executed by the defendant to the plaintiff, by the name of the Dubuque and Minnesota R. R. Co., whereby the defendant bound himself to pay said company the sum of one hundred dollars thirty days after the first locomotive should run to a point within the corporate limits of the city of *Guttenburg.*

The petition averred that the name of the Dubuque and Minnesota R. R. Co. was duly and legally changed to that of

the Chicago, Dubuque and Minnesota R. R. Co., but that said company remained the same. The answer denied all the allegations of the petition. Judgment for plaintiff. Defendant appeals.

*Samuel Murdock* and *J. O. Crosby*, for appellant.

*S. P. Adams, J. T. Stoneman* and *A. J. Jordan,* for appellee.

ADAMS, J.—The plaintiff, to show that the name of Dubuque and Minnesota R. R. Co. had been changed to Chicago, Dubuque and Minnesota R. R. Co., introduced as a witness the secretary of the company, who testified that he had been the secretary of the company since April, 1870; that the company was then doing business under the name of the Dubuque and Minnesota R. R. Co.; that it is the same company now, but commenced on the 4th of January, 1871, to do business under its present name. To this evidence the defendant objected as not the best evidence. The court overruled the objection. The defendant excepted, and now assigns the ruling as error.

A corporation may sue or be sued only by its corporate name. Sec. 1151, Revision; Sec. 1059, Code. It is immaterial what name it does its business under. A corporate name is that which is adopted in the articles of incorporation. If the name is changed it must be done by changing the articles of incorporation. The best evidence of the articles of incorporation is the articles themselves.

REVERSED.